IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TERRI KARP, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-12-CV-0985-LY |
| | § | |
| FINANCIAL RECOVERY | § | |
| SERVICES, INC., | § | |
|     DEFENDANT. | § | |

**FINAL JUDGMENT**

Before the court is the above styled and numbered cause. On this date by separate order the court granted Defendant Financial Recovery Services, Inc.'s motion for summary judgment and dismissed with prejudice all claims alleged in this action by Plaintiff Terri Karp against Financial Recovery Services. As there are no disputes remaining between the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant Financial Recovery Services, Inc. is awarded its costs of court.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this _7th_ day of January, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE