UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TERRI KARP,** § § § **Plaintiff** § § **v.** § § **FINANCIAL RECOVERY SERVICES, INC.,** § § § **Defendant** § | **FILE NO. 1:12-cv-985-LY** |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**

On the ____ day of _____, 2014, came before the Court, Defendant Financial Recovery Services, Inc.'s Motion for Attorneys' Fees and Costs filed with the Court.

After considering the Motion, arguments and evidence submitted by the parties, the Court hereby GRANTS Defendant's Motion for Attorneys' Fees and Costs and awards to Financial Recovery Services, Inc. attorneys' fees and costs in the amounts of $26,695.00 and $241.12, respectively.

This Order finally disposes of all parties and all claims and is appealable and Defendant Financial Recovery Services, Inc. is allowed such writs and processes as may be necessary in the enforcement and collection of this Order.

SIGNED this _____ day of _____, 2014.

_____
THE HONORABLE U.S. DISTRICT
JUDGE LEE YEAKEL